SEALED



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF ) S.W. No. 2:14-SW-0351 EFB
)
Information associated with Google email ) **[PROPOSED] ORDER RE:**
accounts Acrobla40@gmail.com; any account ) **REQUEST TO SEAL DOCUMENTS**
associated with acrobla40@gmail.com, and )
any other account registered to )
ALEXANDER ROJAS that are stored at )
premises controlled by Google Inc. )
)
)

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated: 6-12-2014

EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California